**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY )<br>    *Plaintiff,* )<br>)<br>VS. )<br>)<br>DELL INC., )<br>DELL PRODUCTS L.P., and )<br>DELL USA CORP., )<br>    *Defendants.* )<br>) | Civil Action No. 1:13-cv-12330-PBS |

## JOINT MOTION TO DISMISS

Plaintiff Trustees of Boston University ("Plaintiff") and Defendants Dell Inc., Dell Products L.P. and Dell USA Corp. ("Defendants") have settled Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants, and Defendants' counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring the same. The parties further waive any and all rights to appeal any issue in this case.

Dated: January 17, 2014          Respectfully submitted,

         TRUSTEES OF BOSTON UNIVERSITY

         */s/ Michael W. Shore*
         Erik Paul Belt, BBO #558620
         EBelt@mccarter.com
         Kelly A. Gabos, BBO #666219
         kgabos@mccarter.com
         McCarter & English, LLP
         265 Franklin Street
         Boston, Massachusetts 02110
         Telephone: (617) 449-6506
         Facsimile:  (617) 607-6035

         Michael W. Shore (Texas 18294915)
         mshore@shorechan.com
         Alfonso Garcia Chan (Texas 24012408)
         achan@shorechan.com
         Russell J. DePalma (Texas 00795318)
         rdepalma@shorechan.com
         Andrew M. Howard (Texas 24059973)
         ahoward@shorechan.com
         Christopher L. Evans (Texas 24058901)
         cevans@shorechan.com
         SHORE CHAN DEPUMPO LLP
         901 Main Street, Suite 3300
         Dallas, Texas 75202
         Telephone: (214) 593-9110
         Facsimile: (214) 593-9111

DELL INC., DELL PRODUCTS L.P., and
DELL USA CORP.

*/s/ Julia Huston*
Julia Huston (BBO No. #562160)
Daniel L. McFadden (BBO No. # 676612)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
jhuston@foleyhoag.com
dmcfadden@foleyhoag.com

*Of Counsel*

Michael J. Newton (Texas No. 24003844)
Brady Cox (Texas No. 24074084)
Sang Lee (Texas No. 24083378)
ALSTON & BIRD LLP
2828 N. Harwood St., Suite 1800
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com
Email: michael.lee@alston.com